UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ROBERT TORRES

    PLAINTIFF(S)

v.

NATIONAL CREDIT ADJUSTERS, LLC,

    DEFENDANT(S).

CASE NUMBER
1:15−cv−22144−JLK

DEFAULT BY CLERK F.R.Civ.P.55(a)

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**National Credit Adjusters, LLC**

as of course, on the date August 5, 2015.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Senior Judge James Lawrence King
     Robert Torres

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)